JS-6

Kathryn J. Halford (CA Bar No. 68141)
email: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
email: erosenfeld@wkclegal.com
Nicholas I. Starkman (CA Bar No. 291373)
email: nstarkman@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext.
Facsimile: (818) 501-5306

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SECURITY PAVING CO., INC., a California corporation, etc., et al.,<br><br>Defendant. | **CASE NO. CV 15-7964-GW(GJSx)**<br><br>The Hon. George H. Wu<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1  The parties having stipulated and good cause appearing therefor,

2  IT IS HEREBY ORDERED that this action is hereby dismissed with
3  prejudice, each party to bear its own costs and fees.

4
5  DATED: July 27, 2016

_____
THE HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITH PREJUDICE